PROB 12C
(6/16)

Report Date: September 19, 2018

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: John Vigil | Case Number: 0980 2:07CR00086-LRS-1 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 8, 2008

| | |
|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. §§ 2113(a) and (d), and 2; Attempted Witness Tampering, 18 U.S.C. § 1512(b)(1), (2)(a) |
| Original Sentence: | Prison - 132 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| | Date Supervision Commenced: November 13, 2017 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: November 12, 2022 |

**PETITIONING THE COURT**

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Vigil is alleged to have violated mandatory condition number 4 and special condition number 19 by using marijuana and alcohol on numerous occasions since the inception of his current term of supervised release. In addition, the offender was using marijuana and molly, a synthetic drug similar to ecstasy in which the primary ingredient is Methylenedioxy-methamphetamine (MDMA), most recently occurring on Sunday, September 16, 2018, based on the client's admission and urinalysis testing. |

Prob12C
Re: Vigil, John
September 19, 2018
Page 2

On November 15, 2017, Mr. John Vigil signed his conditions relative to case number 2:07CR00086-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vigil was made aware by his U.S. probation officer that he was required to refrain from any use of a controlled substance, and was required to refrain from any use of alcohol.

Specifically, on Monday, September 17, 2018, the undersigned officer received a text message from the client in which he indicated that he was sabotaging everything that he had worked for, and that he had no idea why. The client indicated that he was scared, and needed help, and that he was going to work on the day in question. Mr. Vigil was then contacted telephonically by the undersigned officer, and he admitted to using multiple illicit substances, as well as alcohol, following his release from the Spokane Residential Reentry Center (RRC), in November 2017.

On September 18, 2018, Mr. Vigil reported to the U.S. Probation Office as previously directed, and admitted to using marijuana, alcohol and molly, most recently occurring on Sunday, September 16, 2018. Mr. Vigil further stated that he began to use both alcohol and marijuana after his release from the Spokane RRC, but stated that he did so in very small amounts, after which he would flush his system to avoid detection. Mr. Vigil stated that due to the labor intensive nature of his job, it was relatively easy for him to drink a significant amount of water, thus allowing him to pass his required random urinalysis tests. Mr. Vigil further stated that when he initially relapsed, he began doing so on a monthly basis, but that his use had now increased to include weekly use of both marijuana and alcohol.

Mr. Vigil did state that this last weekend was the first time that he had tried something other than marijuana and alcohol, and he stated that doing so scared him, as his reaction and symptoms from using the substance almost required him to submit to the hospital. Mr. Vigil indicated that he has been living a double life, and he stated that he wanted to be honest with this officer and the Court with respect to his ongoing violation behavior. Mr. Vigil submitted to urinalysis testing, the results of which were presumptive positive for cocaine, methamphetamine, and marijuana. Mr. Vigil admitted that both methamphetamine, and cocaine were likely present in the capsules that he ingested, and he signed a drug use admission form documenting his use of marijuana, alcohol and ecstasy, occurring most recently on or about September 16, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2018

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Vigil, John
September 19, 2018
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/24/18
Date