PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 7, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2019

SEAN F. McAVOY, CLERK

Name of Offender: John Vigil                           Case Number: 0980 2:07CR00086-LRS-1

Address of Offender:                    Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 8, 2008

Original Offense:        Armed Bank Robbery, 18 U.S.C. §§ 2113(a) and (d), and 2;
                         Attempted Witness Tampering, 18 U.S.C. § 1512(b)(1), (2)(a)

Original Sentence:       Prison - 132 Months;            Type of Supervision: Supervised Release
                         TSR - 60 Months

Asst. U.S. Attorney:     David M. Herzog                 Date Supervision Commenced: November 13, 2017

Defense Attorney:        Federal Defender's Office       Date Supervision Expires: November 12, 2022

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court.

**Supporting Evidence**: Mr. Vigil is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on numerous occasions, occurring most recently on or about May 3, 2019, based on urinalysis testing and the client's admission of such use on May 5, 2019.

On November 15, 2017, Mr. John Vigil signed his conditions relative to case number 2:07CR00086-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vigil was made aware by his U.S. probation officer that he was required to refrain from any use of a controlled substance.

Specifically, on Friday, May, 3, 2019, Mr. Vigil reported to the U.S. Probation Office in Spokane as directed. As a part of the contact, the client was directed to provide a urinalysis sample for testing, at which time he became emotional and stated he was thinking about "how honest" he should be with the undersigned officer.

Prob12C
Re: Vigil, John
May 7, 2019
Page 2

Mr. Vigil ultimately admitted to relapsing approximately 1 month after his recent successful discharge from inpatient chemical dependancy services previously occurring on December 25, 2018, stating that once the substance was in front of him, he forgot all about the tools he learned in services. Mr. Vigil advised his use of illicit substances had increased and he was currently using methamphetamine approximately three times per week.

It should be noted, Mr. Vigil had largely continued to test negative for the majority of random tests afforded to him by the contract provider and when questioned, the client admitted he had been drinking a mixture of baking soda and Gatorade, thereby masking his use of illicit substances. Mr. Vigil most recently tested negative with the contract provider on May 2, 2019, despite his now verbal admission to having used the day before on May 1, 2019. Mr. Vigil further advised he was unsure if he would have admitted the conduct had this officer not requested a urinalysis sample from him on the day in question.

On May 6, 2019, Mr. Vigil sent a text message to the undersigned officer admitting he had again relapsed yesterday (May 5, 2019) at around 11 a.m., but he was now committed to being honest with the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 7, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

05/07/2019
Date