PROB 12C
(6/16)

Report Date: April 6, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Vigil               Case Number: 0980 2:07CR00086-LRS-1

Address of Offender:                       Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 8, 2008

| | |
|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. §§ 2113(a) and (d) and 2; Attempted Witness Tampering, 18 U.S.C. § 1512(b)(1), (2)(a) |
| Original Sentence: | Prison - 132 Months; TSR - 60 Months          Type of Supervision: Supervised Release |
| Revocation Sentence: (May 15, 2019) | Prison - 2 Months; TSR - 58 Months |
| Asst. U.S. Attorney: | David Michael Herzog          Date Supervision Commenced: July 5, 2019 |
| Defense Attorney: | Lorinda Meier Youngcourt      Date Supervision Expires: May 4, 2024 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. John Vigil is alleged to have violated special condition number 8, by ingesting marijuana on multiple occasions, to include most recently occurring on Saturday, March 27, 2021, and by "stalling" when directed by the undersigned officer to submit to random urinalysis testing with the contract provider on March 30, 2021.

On July 5, 2019, Mr. John Vigil signed his conditions relative to case number 2:07CR00086-LRS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vigil was made aware that he was required to refrain from any use of a controlled substance and was required to submit to urinalysis testing as directed by the undersigned officer.

Prob12C
Re: Vigil, John
April 6, 2021
Page 2

Specifically, on March 30, 2021, Mr. Vigil was contacted by the undersigned officer and directed to report to the contract provider for urinalysis testing. Mr. Vigil subsequently committed to doing so. At 5:49 p.m. on the day in question, the undersigned officer received a text message from the client noting that he had received a "stall" when attempting to submit a sample for testing, at which time he disclosed he was "fully prepared to give a dirty." Mr. Vigil subsequently admitted to having smoked marijuana approximately three times in the last month, with his last use of the substance having occurred on Saturday, March 27, 2021.

On March 31, 2021, the undersigned officer was able to speak with Mr. Vigil at length with respect to his disclosure. Mr. Vigil verbally reaffirmed his use of marijuana, as previously occurring approximately three times in the last month, noting he had begun to feel like he was no longer on supervision due to the reduced in-person contact that he had been having with the undersigned officer given the current and continued COVID-19 pandemic. Mr. Vigil further described himself as having become complacent and admitted to often falling victim to thinking errors, such as smoking marijuana just isn't that big of a deal.

On April 1, 2021, Mr. Vigil was again directed to report for urinalysis testing with the contract provider in Spokane, to which he committed. Mr. Vigil did subsequently report for urinalysis testing as directed on the day in question and subsequently submitted a urinalysis sample that reflected as being presumptive positive for marijuana. A signed drug use admission form was subsequently received from the provider in which the client signed his name admitting to his previous use of marijuana as occurring on or about March 27, 2021.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 6, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/7/2021
Date